UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>              Plaintiff,<br><br>       v.<br><br>OFFICER ARIAS, et al.,<br><br>              Defendants. | Case No.: 1:25-cv-01249-CDB<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**<br><br><u>14-DAY OBJECTION PERIOD</u><br><br>Clerk of the Court to Assign District Judge |

Plaintiff Lance Williams is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

## I.     INTRODUCTION

On March 23, 2026, the Court issued its Second Screening Order, finding Plaintiff's first amended complaint states a plausible Fourteenth Amendment due process violation against Defendant Aguirre and First Amendment retaliation claims against Defendants Arias, Peterson, and Reynosa, but failed to allege any other cognizable claim against a named Defendant. (Doc. 8.) Plaintiff was directed to notify the Court whether he wished to proceed on the claims found cognizable following screening, or to file a second amended complaint, or to file a notice of voluntary dismissal. (*Id*. at 13-14.)

On April 1, 2026, Plaintiff notified the Court that he did not intend to file a second amended complaint and instead wished to proceed on the cognizable claims identified by the Court. (Doc. 9.)

Given Plaintiff's decision to proceed on the cognizable claims presented in his first amended complaint, the Court will recommend the action proceed on those claims.

## II.   CONCLUSION AND RECOMMENDATIONS

Accordingly, the Court **HEREBY ORDERS** the Clerk of the Court to:

1. Randomly assign a district judge to this action; and

2. Add R. Reynosa to the docket given Plaintiff named that person as a defendant in his first amended complaint.

Further, for the reasons given above, this Court **HEREBY RECOMMENDS** that:

1. This action **PROCEED** on Plaintiff's Fourteenth Amendment due process violation against Defendant Aguirre and First Amendment retaliation claims against Defendants Arias, Peterson, and Reynosa;

2. Defendants W. Costello and DOES 1 through 10 be **DISMISSED**; and

3. Any other claims asserted in Plaintiff's first amended complaint be **DISMISSED**.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  **Within 14 days** after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations" and **shall not exceed 15 pages** without leave of Court and good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the 15-page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C). A party's failure to file any objections within the specified time

may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:    **April 2, 2026**

UNITED STATES MAGISTRATE JUDGE

3