**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANCE WILLIAMS,<br><br>             Plaintiff,<br><br>      v.<br><br>OFFICER ARIAS, et al.,<br><br>             Defendants. | Case No.: 1:25-cv-01249 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 11) |

The magistrate judge recommended this action proceed on plaintiff's Fourteenth Amendment due process violation against Defendant Aguirre and First Amendment retaliation claims against Defendants Arias, Peterson, and Reynosa, that W. Costello and Does 1 through 10 be dismissed, and that any remaining claims in Plaintiff's first amended complaint be dismissed. (Doc. 11.) The Court served the findings and recommendations on Plaintiff, warned him that objections were due within 14 days, and advised that "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 2-3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, no objections have been filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1.  The Findings and Recommendations issued on April 2, 2026 (Doc. 11) are **ADOPTED** in full.

2.  This action **PROCEEDS** on Plaintiff's Fourteenth Amendment due process violation against Defendant Aguirre and First Amendment retaliation claims against Defendants Arias, Peterson, and Reynosa.

3.  Defendants W. Costello and Doe 1 through 10 are **DISMISSED** from the action without prejudice.

4.  Any remaining claims in Plaintiff's first amended complaint are **DISMISSED**.

5.  This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  __**April 24, 2026**__

_____
UNITED STATES DISTRICT JUDGE

2