IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE WILLIAMS,** | 1:25-cv-01249-JLT-CDB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING** |
| **v.** | |
| **ARIAS, et al.,** | (Doc. 20) |
| Defendants. | |

Good cause appearing, Defendants' motion for a thirty-day extension of time to file a responsive pleading (Doc. 20) is **GRANTED**.

Accordingly, it is **HEREBY ORDERED** that Defendants shall file their responsive pleading **no later than August 13, 2026**.

IT IS SO ORDERED.

Dated:  **June 30, 2026**  _____

UNITED STATES MAGISTRATE JUDGE

Order (1:25-cv-01249-JLT-CDB)