UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LANCE WILLIAMS,

Plaintiff,

v.

OFFICER ARIAS, et al.,

Defendants.

Case No.: 1:25-cv-01249-JLT-CDB

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

(Doc. 25)

Plaintiff Lance Williams is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

On September 9, 2026, the Court issued its Order to Show Cause (OSC) In Writing Why Sanctions Should Not Be Imposed For Plaintiff's Failure To Oppose Defendants' Motion To Dismiss. (Doc. 25.)

On September 17, 2026, Plaintiff filed an opposition to Defendants' motion. (Doc. 26.)

Accordingly, the Court **HEREBY ORDERS** that the OSC issued September 9, 2026 (Doc. 25) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **September 22, 2026**

UNITED STATES MAGISTRATE JUDGE